No. 92–1349. SHARP v. JOHNSON BROTHERS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1364. CASSIDY ET AL. v. WESTERN SYSTEMS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1375. MIDWEST PRIDE III, INC., ET AL. v. BECKER, PROSECUTING ATTORNEY FOR LICKING COUNTY, OHIO. Ct. App. Ohio, Licking County. Certiorari denied.

No. 92–1403. CEDAR VALLEY CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 92–1411. REGIE NATIONALE DES USINES RENAULT S. A. v. VERMEULEN. C. A. 11th Cir. Certiorari denied.

No. 92–1415. BAIRD ET AL. v. CITY OF INDIANAPOLIS, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1424. CALIFORNIA FORESTRY ASSN. v. SALMON RIVER CONCERNED CITIZENS ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1427. INDIANA NATIONAL CORP. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1432. OWENS-CORNING FIBERGLAS CORP. v. JOHNSON, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOHNSON, DECEASED. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 92–1455. AMERICAN FAMILY MUTUAL INSURANCE CO. v. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1456. PARISH OF ST. TAMMANY ET AL. v. VONDERHAAR ET AL. C. A. 5th Cir. Certiorari denied.